OLSSON v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 13, 1913.) No. 2,166. Appeal from the District Court of the United States for the Southern Division of the Western District of Washington; Cornelius H. Hanford, Judge. J. W. A. Nichols and J. H. Easterday, both of Tacoma, Wash., and Geo. W. McKay and R. Winsor, both of Seattle, Wash., for appellant. W. G. McLaren, Louis E. Shela, and C. F. Riddell, all of Seattle, Wash., for appellee. Charles A. Enslow, of Seattle, Wash., in pro. per.

PER CURIAM. Pursuant to stipulation of counsel for respective parties, ordered decree of District Court reversed, and cause remanded for a new trial. 196 Fed. 562.

---

ST. LOUIS UNION TRUST CO. v. GALLOWAY COAL CO. et al. (Circuit Court of Appeals, Fifth Circuit. January 14, 1913.) No. 2,431. Appeal from the District Court of the United States for the Southern Division of the Northern District of Alabama; Wm. I. Grubb, Judge. Edw. H. Cabaniss, of Birmingham, Ala., for appellant. Jno. P. Tillman, of Birmingham, Ala., for appellees. Before PARDEE and SHELBY, Circuit Judges, and MEEK, District Judge.

PER CURIAM. After a careful examination of the voluminous transcript and evidence therein, in the light of the exhaustive briefs filed, we are of opinion that the case was correctly and justly ruled in the court below. The decree appealed from (193 Fed. 106) ought to be affirmed, and it is so ordered.